**Order entered February 11, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00076-CV

## IN RE TERRENCE M. GORE, Relator

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-12707-U**

# ORDER

Before the Court is relator's motion for rehearing.  We **DENY** the motion.


/s/      ADA BROWN
JUSTICE